# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LEMANUEL JACKSON,
      Plaintiff,

v.                                           Case No. 03-C-941

OFFICER PFEIFFER,
OFFICER ROTTSCHOLL,
and KRISTIAN P. PERALES,
      Defendants,

## ORDER

Plaintiff Lemanuel Jackson, who is incarcerated at the Stanley Correctional Institution, filed this pro se civil rights action pursuant to 42 U.S.C. § 1983, on September 26, 2003. Plaintiff is proceeding in forma pauperis on a Fourth Amendment excessive force claim against the above-named defendants.

A motion for the appointment of counsel was previously denied by the court on February 14, 2005, because the plaintiff had not shown that he had unsuccessfully attempted to obtain legal counsel on his own. (Docket #57.) The deadlines for the completion of discovery and the filing of dispositive motions have passed and the case is now ready for final resolution.

Upon due consideration, the court will sua sponte appoint Attorney Ann T. Bowe to represent the plaintiff in this case.

**IT IS THEREFORE ORDERED** that Attorney Ann T. Bowe is appointed as counsel for the plaintiff.

Dated at Milwaukee, Wisconsin, this 7 day of June, 2006.

/s_____
LYNN ADELMAN
District Judge