# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

LEMANUEL JACKSON,
        Plaintiff,

v.                                                  **CASE NO. 03C941**

OFFICER PFEIFFER,
OFFICER ROTTSCHOLL,
and KRISTIAN P. PERALES,
        Defendants.

---

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

**TO:** Warden Pamela J. Wallace, of the Chippewa Valley Correctional Treatment Facility, Chippewa Falls, Wisconsin, or any other person having custody of the plaintiff, the United States Marshal for the Eastern District of Wisconsin, or his designee, and any United States Marshal of any district wherein the defendant may be in custody

**WE COMMAND** that you have the body of **LEMANUEL A. JACKSON #389976**, now detained in Chippewa Valley Correctional Treatment Facility, Chippewa Falls, Wisconsin, and in your custody, produced under safe and secure conduct to **Court Room 390**, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin at **9:00 A.M. on November 16, 2006**, for the purpose of appearing at a civil jury trial, which is estimated to last two (2) days.

**WE FURTHER COMMAND** that at the completion of said proceedings, you return the prisoner to said institution, under safe and secure conduct.

**WITNESS**, the Honorable Lynn Adelman, United States District Judge for the Eastern District of Wisconsin, on this 3 day of November, 2006, at Milwaukee, Wisconsin.

SOFRON B. NEDILSKY
CLERK OF COURT
EASTERN DISTRICT OF WISCONSIN


By: /s_____
Diane Dimeceli
Deputy Clerk

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**LEMANUEL JACKSON,**
           **Plaintiff,**

v.                                        **CASE NO. 03C941**

**OFFICER PFEIFFER,
OFFICER ROTTSCHOLL,
and KRISTIAN P. PERALES,**
           **Defendants.**

### ORDER

A jury trial is scheduled to commence on Thursday, November 16, 2006, at 9:00 a.m., in Courtroom 390, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin, in the above-captioned action. The trial is anticipated to last two (2) days. Insofar as Lemanuel A. Jackson is the plaintiff in this action and his appearance is necessary for the commencement and completion of the scheduled trial, I will order that a writ of habeas corpus ad testificandum be issued directing the warden of the Chippewa Valley Correctional Treatment Facility to produce him.

Therefore, **IT IS ORDERED** that a writ of habeas corpus ad testificandum be and hereby is issued to the warden of the Chippewa Valley Correctional Treatment Facility and to the United States Marshal to produce Lemanuel A. Jackson at the United States Courthouse, Room 390, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin , on Thursday, November 16, 2006, at 9:00 a.m.

Dated at Milwaukee, Wisconsin this 3 day of November, 2006.

/s_____
LYNN ADELMAN
District Judge